```
                                    FILED
                              JUDGMENT ENTERED

                            _____11/30/2005_____
                                    (date)
                            by _____G. Lucas_____
                                   Deputy Clerk
                              U.S. District Court
                           Eastern District of California
                            __xx____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

EDWARD SOFOWORA,

       Petitioner,

                  **JUDGMENT IN A CIVIL ACTION**

vs.

                  CV-F-05-43 OWW TAG HC

JOHN ASHCROFT, et al.,

       Respondent
_____/

       The Findings and Recommendations issued by the Magistrate Judge on September 2, 2005, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed.

DATED: November 30, 2005

                                JACK L. WAGNER, Clerk

                                /s/ Greg Lucas
                     By:
                                Deputy Clerk